UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN SILVA,<br><br>                Petitioner,<br><br>    v.<br><br>MAGGIE MILLER-STOUT,<br><br>                Respondent. | Case No. C05-5142FDB<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

    The Magistrate Judge recommended that Petitioner be denied *in forma pauperis* status as he has sufficient funds to pay the $5.00 filing fee, and because Petitioner had paid the fee.

    Petitioner objects to the R&R because he asserts that he will need a lawyer appointed by the Court . This issue was not before the Magistrate Judge, however, and will not be addressed for the first time here.

    The Court, having reviewed the report and recommendation, Plaintiff's application to proceed in forma pauperis and the remaining record, hereby finds and ORDERS:

    (1) the Magistrate Judge's report and recommendation is approved and adopted;

    (2)  Petitioner's application to proceed in forma pauperis is DENIED.

    (3)( The **Clerk** is directed to send directed to send copies of this Order to Plaintiff and any other party that has appeared in this action.

    DATED this 20th day of April 2005.

                                                FRANKLIN D. BURGESS
                                                UNITED STATES DISTRICT JUDGE