UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN SILVA,

    Petitioner,

v.

MAGGIE MILLER-STOUT,

    Respondent.

Case No. C05-5142FDB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold, United States Magistrate Judge, the remaining record, and there being no objections filed, does hereby find and Order:

1. The Court adopts the Report and Recommendation;

2. The petition is DISMISSED WITH PREJUDICE for the reasons stated in the Report and Recommendation.

3. The Clerk is directed to send copies of this Order to Petitioner and to the Honorable J. Kelley Arnold.

DATED this 28th day of July 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1